# EXHIBIT 7



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Dec 20 03:31:44 EST 2016

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ] [ PREV LIST ] [ CURR LIST ]
[ NEXT LIST ] [ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

Logout  Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____  **Record 3 out of 3**

[ TSDR ] [ ASSIGN Status ] [ TTAB Status ]  ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | SMILE PERFECTED |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: teeth whitening kit; tooth bleaching preparations; tooth whitening preparations. FIRST USE: 20130830. FIRST USE IN COMMERCE: 20130830 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.17.21 - Emoticons (icons expressing emotions) |
| **Serial Number** | 85982028 |
| **Filing Date** | May 29, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 21, 2014 |
| **Registration Number** | 4573546 |
| **Registration Date** | July 22, 2014 |
| **Owner** | (REGISTRANT) Oral Care Perfected, Inc. CORPORATION FLORIDA 906 Northeast 26th Avenue Fort Lauderdale FLORIDA 33304 |
| **Attorney of Record** | Brad M. Behar |

| | |
|---|---|
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the words "SMILE PERFECTED" with a stylized letter "i" and "l" that look like a wink and smile. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY