# EXHIBIT 8



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Dec 20 03:31:44 EST 2016

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

Logout  Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____   **Record 1 out of 3**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# SMILE-PERFECTED

| | |
|---|---|
| **Word Mark** | SMILE-PERFECTED |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Teeth whitening kit; tooth bleaching preparations; tooth whitening preparations. FIRST USE: 20160225. FIRST USE IN COMMERCE: 20160225 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85872588 |
| **Filing Date** | March 11, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 27, 2013 |
| **Registration Number** | 5041389 |
| **Registration Date** | September 13, 2016 |
| **Owner** | (REGISTRANT) Dr. William Balanoff INDIVIDUAL UNITED STATES 906 Northeast 26th Avenue Fort Lauderdale FLORIDA 33304 |
| **Attorney of Record** | Brad M. Behar |

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4808:q0d1g1.4.1    December 20, 2016

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY